1  Michael W. Gray (*pro hac vice*)
   mgray@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   JPMorgan Chase Tower
3  600 Travis Street, Suite 3400
   Houston, Texas 77002
4  Telephone: 713-227-8008
   Facsimile: 713-227-9508
5
   Peter Montecuollo (AZ 031596)
6  pmontecuollo@shb.com
   SHOOK, HARDY & BACON L.L.P.
7  2555 Grand Blvd.
   Kansas City, MO 64108
8  Telephone: 816.474.6550
   Facsimile: 816.421.5547
9
   Attorneys for Defendant Sprint Solutions, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JaMarlin Fowler,<br><br>   Plaintiff,<br><br>vs.<br><br>Sprint Solutions, Inc.,<br><br>   Defendant. | Case No. 2:20-cv-01516-DJH<br><br>**JOINT NOTICE PURSUANT TO COURT'S NOVEMBER 10, 2021 ORDER (DKT. NO. 58)** |

1 | The parties met and conferred and the claims will proceed through
2 | arbitration. The parties will submit a joint report to the Court within 10 days of the
3 | conclusion of arbitration.

Date: November 19, 2021

By: */s/ Michael W. Gray*
Michael W. Gray (*pro hac vice*)
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: 713.227.8008
Facsimile: 713.227.9508
Email: mgray@shb.com

Peter R. Montecuollo (AZ 031596)
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Email: pmontecuollo@shb.com
Telephone: (816) 474-6550

***Attorneys for Defendant Sprint Solutions, Inc.***

By: */s/ JaMarlin Fowler*
JaMarlin Fowler (*pro se*)
4804 Laurel Canyon Blvd. #148
Valley Village, CA 91607
Telephone: (949) 836-3090
Email: JaMarlin@visualfire.media

***Plaintiff***